```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

TEEJAY JOHNSON,                    :
                                   :
     Plaintiff,                    :
                                   :
     v.                            :    CASE NO. 3:12CV849 (RNC)
                                   :
BRIAN K. MURPHY et al.,            :
                                   :
     Defendants.                   :
```

RULING ON MOTIONS
AND ORDER

A.  Plaintiff's Motion to Serve Amended Complaint (doc. #22)

The pro se plaintiff is a prisoner proceeding in forma pauperis.  In January 2012, the court permitted plaintiff to file an amended complaint.  (Doc. #24.)  The Amended Complaint (doc. #27) names two new defendants, Doctor Carson Wright and Richard Furey, in their individual and official capacities.  The Amended Complaint abandoned plaintiff's claims earlier against defendant Michael Lajoie.[1]  Pending before the court is plaintiff's Motion to Serve the Amended Complaint (doc. #22).  The motion is GRANTED, and the court orders as follows:

   1.  The Clerk of the Court shall terminate defendant Michael Lajoie.

---

[1] When granting permission to amend the complaint, the court stated: "The court notes that the amended complaint does not include any reference to defendant Lajoie and assumes that plaintiff is abandoning the claims against Lajoie."  (Doc. #24.) Plaintiff has not objected.

2. The Clerk shall verify the current work addresses for defendants Dr. Wright and Furey with the Department of Correction Office of Legal Affairs.  Within 14 days of this Order, the Clerk shall mail waiver of service of process request packets to defendants at their confirmed addresses.  The Clerk shall report to the court on the status of that waiver request on the 35th day after mailing.  If either defendant fails to return the waiver request, the Clerk shall make arrangements for in-person service by the U.S. Marshals Service on the defendant in his individual capacity and the defendant shall be required to pay the costs of such service in accordance with Federal Rule of Civil Procedure 4(d).

3. The Clerk shall prepare a summons form and send an official capacity service packet to the U.S. Marshal Service. The U.S. Marshal is directed to effect service of the amended complaint on defendants Dr. Wright and Furey in their official capacities at the Office of the Attorney General, 55 Elm Street, Hartford, CT 06141, within 14 days from the date of this order and to file returns of service within 20 days from the date of this order.

4. Defendants' responsive pleading is due pursuant to the deadlines provided in Fed. R. Civ. P. 12.

B.   <u>Plaintiff's Motion for Status Conference re: Settlement (doc. #28)</u>

Pending before the court is plaintiff's Motion for Status Conference re: Settlement (doc. #28).  The motion is GRANTED.  A telephonic conference to discuss settlement is scheduled for May 15, 2013 at 11:00 AM.  Counsel for the defendants shall initiate the call to chambers at 860-240-3605 with the <u>pro</u> <u>se</u> plaintiff on the line.

SO ORDERED at Hartford, Connecticut this 9th day of April, 2013.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge